,[Civil No. 1597.   Filed December 18, 1918.]

[177 Pac. 989.]

JOHN McGOWAN, Appellant, v. GRAHAM COUNTY, Appellee.

APPEAL from a judgment of the Superior Court of the county of Graham. A. G. McAlister, Judge. Appeal dismissed.

Mr. John McGowan, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. Louis B. Whitney, Assistant Attorney General, and Mr. W. R. Chambers, for Appellee.

PER CURIAM.—Since this cause was ordered submitted, the parties have filed a written stipulation whereby they pray that the appeal and cross-appeal be by this court dismissed. It is therefore considered that, as no controverted questions remain for the decision of this court, the said appeals be dismissed as agreed by said parties.